THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Mark Bolte, Appellant.
 
 
 

Appeal From Abbeville County
  Wyatt T. Saunders, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-361
 Submitted June 1, 2009  Filed June 24,
2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia; and Mark
 Bolte, pro se, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM: Mark Bolte appeals his convictions and
 sentences for incest, lewd act on a minor, and second degree criminal sexual
 conduct with a minor.  Bolte argues the trial court erred by admitting evidence
 outside the scope of allowable evidence
 pursuant to State v. Shumpert, 312 S.C. 502, 435 S.E.2d 859 (1993). 
 Bolte also filed a pro se brief.  After a thorough review of the record and both briefs pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., and THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.